IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-CV-263-F |
| | ) | (WO) |
| ONE PARCEL OF PROPERTY | ) | |
| LOCATED AT 2500 LENNOX COURT, | ) | |
| MONTGOMERY, MONTGOMERY | ) | |
| COUNTY, ALABAMA, with all | ) | |
| appurtenances and attachments thereon, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This case is before the Court on the United States of America's Motion for Summary Judgment (Doc. #46), filed on June 9, 2005. In this Motion, the government seeks "summary judgment . . . in its favor against the Claimants."[1] (Mot. Summ. J., 2.) However, in its Reply Brief, the government "concedes that it is not entitled to summary judgment on the issue of the innocent owner defense asserted by AmSouth Bank. The United States also concedes that it is not entitled to summary judgment on the issue of Pitts' innocent owner defense." (Reply, 3.) Therefore, because the United States concedes that a ruling in its favor is not appropriate, it is hereby

---

[1] The Claimants in this case are Francisco J. Pitts (see Claim, Doc. #3, filed April 2, 2004) and AmSouth Bank (see Claim, Doc. #36, filed March 23, 2005).

ORDERED that the United States' Motion for Summary Judgment (Doc. #46) is DENIED.

DONE this 19th day of July, 2005.

              /s/ Mark E. Fuller
             CHIEF UNITED STATES DISTRICT JUDGE