IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
|     Plaintiff,    ) | |
| ) | |
| v.    ) | Case No.: 2:04-cv-263-F |
| ) | |
| ONE PARCEL OF PROPERTY    ) | |
| LOCATED AT 2500 LENNOX COURT,    ) | |
| MONTGOMERY, MONTGOMERY, with    ) | |
| all appurtenances and improvements thereon,    ) | |
| ) | |
|     Defendant.    ) | |

**FINAL JUDGMENT**

In accordance with the Decree of Forfeiture entered by this Court, it is the ORDER, JUDGMENT, and DECREE of the Court that judgment is hereby entered in favor of the Plaintiff, the United States of America, and against the Claimant, Francisco J. Pitts, with costs taxed as paid.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this 14th day of September, 2005.

                                                   /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE